# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147574

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147574
COA: 309603
Oakland CC: 11-236750-FC

MARVIN HABIB SHAMMAMI,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

d1118